## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, James Sklenar, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Chairman of the City of Omaha Police and Fire Retirement System ("Omaha Police and Fire").

2. I have reviewed the complaint in this matter and authorize Scott+Scott LLP to file a complaint and file lead plaintiff papers in this matter.

3. Omaha Police and Fire is willing to serve as a representative party on behalf of the purchasers of Timberland Co. ("Timberland") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Omaha Police and Fire purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5. Omaha Police and Fire did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, Omaha Police and Fire sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in the following private action arising under the Securities Act or the Exchange Act:

   *City of Omaha, Nebraska Civilian Employees' Retirement System, et al. v. CBS Corporation et al.*, 1:08-cv-10816-PKC (S.D.N.Y.) (Moved for Lead Plaintiff and was appointed.)

7. Omaha Police and Fire will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _Omaha, NE_. (City, State)

CITY OF OMAHA POLICE AND
FIRE RETIREMENT SYSTEM

5/25/11
Date

James Sklenar, Chairman

1

## SCHEDULE A

### CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM

Class Period Transactions in TIMBERLAND CO

(Class Period: 02/17/2010 Through 05/04/2011)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 02/17/2011 | Buy | 7,000 | $36.38 |
| 02/17/2011 | Buy | 1,600 | $36.54 |
| 02/17/2011 | Buy | 9,100 | $36.12 |

Page | 1   *Quantity and Price Per Share for transactions before May 27, 2008 are adjusted for the 2:1 stock split on that date.